*W. I. Geer,* for defendant.

------

### Battle *v.* Hambrick.

Evans, P. J. A plaintiff in attachment demurred to the defendant's answer to the declaration filed in that proceeding. The court overruled the demurrer. The only ruling complained of in the bill of exceptions being the overruling of the demurrer to the plea, and no final judgment appear-

ing to have been rendered in the attachment case, this court has no jurisdiction to entertain the writ of error. *Continental National Bank* v. *Folsom,* 70 *Ga.* 728; *McLendon* v. *Western & Atlantic Railroad Co.,* 85 *Ga.* 129 (11 S. E. 580); *Turner* v. *Camp,* 110 *Ga.* 631 (36 S. E. 76); *United Glass Co.* v. *McConnell,* 110 *Ga.* 616 (36 S. E. 58); *Vaughn* v. *Milner,* 121 *Ga.* 436 (49 S. E. 287); *Fugazzi* v. *Tomlinson,* 119 *Ga.* 622 (46 S. E. 831).

*Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*
DECEMBER 16, 1914.

Attachment; from Colquitt superior court.

*Parker & Dowling,* for plaintiff.

*Covington & Summerlin,* for defendant.